DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

PROGRESSIVE AMERICAN INSURANCE COMPANY,

Petitioner,

v.

ANTHONY PRIETO,

Respondent.

No. 2D2025-1760

————————————————

June 19, 2026

Petition for Writ of Certiorari to the County Court for Hillsborough
County; Lisa A. Allen, Judge.

Lissette Gonzalez of Cole, Scott & Kissane, P.A., Miami, for Petitioner.

David M. Caldevilla of de la Parte, Gilbert, McNamara & Caldevilla, P.A.,
Tampa; Michael V. Laurato, Ocala; Christopher P. Calkin and Mike N.
Koulianos of The Law Office of Christopher P. Calkin, P.A., Tampa; and
Anthony T. Prieto, pro se, for Respondent.


PER CURIAM.

    Dismissed.

SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.